United States District Court
District of Connecticut

FILED

David S. Osuch
Plaintiff

v.

Correctional Officer
Parumi
Defendant

Prisoner 2003 NOV -7 P 2:04
Case No. 3:01CV1313(AVC)(TPS)
US DISTRICT COURT
HARTFORD CT

Date 11-4-03

Supplemental Motion,
For
Motion For Order Compelling
Disclosure or Discovery
Rule 37.(A) F.R.C.P

1.) On 1-24-02 the Plaintiff filed a Discovery motion, in this motion Plaintiff requested all grievances filed against Correctional Officer Parumi.

2.) On June 12-2002, Defendants, Responses to Plaintiff's Requests For Production #8 "Objection" this request seeks materials that are irrelevant and not likely to lead to the discovery of admissible evidence.

3.) All Grievances requested are relevant because they will show a pattern of behavior towards prisoners, which he may have assaulted, then these other prisoners can be potential character witnesses to testify on behalf of the Plaintiff, if choosed to call at trial. Also all Grievances are public records.

4.) The Plaintiff is Pro-Se and Indigent, therefore can not afford the expenses of filing a F.O.I.A. which will result in a copy expense fee at minimum 25¢ a page in regards to, Adm. Dir. 3.10. D.O.C. of Connecticut.

5.) On 7-31-03, the plaintiff mailed a letter to Asst Atty General Terrence M'O'Neill trying to resolve this discovery request without the use of the court. To day of filing this said motion, the A.A.G. Terrence M'O'Neill, has not reply.

6.) Therefore the Plaintiff respectfully request that the Defendant be ordered to comply with Plaintiff's Discovery and send copies of all Grievances filed on Defendant C/O Parumi, from December 1st 1999 until present of this motion. 11-04-03 So the Plaintiff can adequately prepare as a Pro-Se litigant for a trial schedule for the Fall 2003.

Respectfully Submitted
Pro-Se Prisoner. 139268
Mr. David S. Couch

Garner C.I.
P.O. Box 5500
Newtown CT. 06470 5500

## ORDER

The foregoing motion having been heard this day is hereby GRANTED / DENIED.

_____
Judge / Chief Clerk

## CERTIFICATION

I hereby certify that a copy of the motion said, has been mailed this 4th day November, 2003 first class postage to the following below. In accordance to P.B. §10.12

Asst. Atty General
Terrence M' O'Neill
110 Sherman St
Mac Kennzie Hall
Hartford CT
06106

Plaintiff Pro Se,
_____
Mr. David S Osuch 139268
Garner CI.
P.O. Box 5500
Newtown CT 06470-5500

DATE 7-31-03

Mr David S Osuch, 139268
Garner C.I F-211 [SEG]

50 Nunnawauk Rd
P.O Box 5500
Newtown CT. 06470-5500

FILE No: 3:01CV1313(AVC)(TPS)

Osuch V. Pafumi

Dear Assistant Attorney General Terrence M'Oneill

Kind Sir, I'm requesting all grievances filed against Correctional Officer Pafumi from January 2000, until present of this request you denied it in my request for Production [Discovery Motion] stating "Irrelevant and wont be admissable at trial"

1.) This request is relevant it will show a pattern of this officers assualtive abuse on prisoners. Grievances are for prisoners to remedy institutional problems. This officer is a D.O.C problem in the eyes of myself and other prisoners. All grievances are public records.

2.) These requested grievances may provide me with potential witnesses to present at my trial, to testify on behalf of Pafumi's behavior ~~towards~~ and job performance toward other prisoners, violations of U.S.C. Rights.

3.) I will submit these grievances as evidence and call the prisoners who wrote them as witnesses to testify.

4.) This request is within reason to F.R.P. and state rules and procedures for discovery request, within (10) business days of this request I will file a supplemental Motion to Compel if you do not answer.

You know this isn't a money issue. It was unjustified. I suffered a facial scar of (1) inch, back injury. I might even have damage on the inside of my head I'm still fighting to have a M.R.E. The scar alone is going at an average of $7,500.oo. I'm Pro Se doesn't look like I'm getting an attorney that would defenitley get some money. I want the 4/5 job. It seems like I'm beating a dead horse in this court for that. So its up to you make a reasonable offer as Thomas P Smith said "Put some money on my account for commissary" Let me remind you I'm doing 20 yrs thats alot of commissary. We can settle all this with a 3 way call. Or I file a couple more motions maybe get a lawyer to pick the Jury. If not I'll just pick every juror that has the same favorite color as me. And put on my own trial I do plan on doing my own trial. Thank You

[signature]
Pro Se Plaintiff