FILED

UNITED STATES DISTRICT COURT

2003 DEC -3 P 1:26

DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

**DAVID OSUCH,**
      -Plaintiff

- v -                              CIVIL NO. 3-01-CV-1313(AVC)

**C.O. PAFUMI,**
      -Defendant

## SETTLEMENT CONFERENCE MEMORANDUM & ORDER

A settlement conference has been held. The case has settled. Counsel for the defendant will file the appropriate papers within 30 days.

The following pending motions are "Denied as moot:" Dkt. ##33, 35, 36, 37, 38 and 39.

Dated at Hartford, Connecticut, this 3rd day of December, 2003.

Thomas P. Smith
U. S. Magistrate Judge