United States District Court
District of Connecticut

FILED
2004 JAN 13 P 2:10
U.S. DISTRICT COURT
HARTFORD, CT.

David S. Osuch
    Plaintiff

V.

C/o Parumi
    Defendant

Civil No- 3-01-cv-1313
(AVC)

NOTICE
Settlement Conference
Memorandum & Order
Dated Dec 3rd-2003.

1). The Plaintiff is notifying the court that the Defendant hasn't comply with order by court. Dec- 3rd 2003.

2). The Plaintiff hasn't received any legal mail in regards to Osuch v. Parumi 3:01-cv1313 at Garner CI P.O. Box 5500 Newtown CT 06470.

3.) The Plaintiff request the court to notify to defendants to comply with order.

4.) The Plaintiff has been denied to make a legal call to Asst. Atty General Terrence M. O'Neill in this matter. Claiming D.O.C. Policy not to initiated calls to this office

Respectfully Submitted

*[signature]*

Mr. David Osucit
139268  A-127
Garner C.I.
P O Box 5500
Newtown CT
06470

# CERTIFICATION

I Hereby Certify That A Copy of The Foregoing Motion Has Been Mailed This 13th Day of January 2004 To: Asst. Atty General Terrence M' O'Neill 110 Sherman St Hartford ct IN Accordance To C.P.O. §10-12