UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID OSUCH | : | CIVIL NO. 3:01CV1313 (AVC)(TPS) |
| v. | : | |
| CORRECTIONAL OFFICER PARFUMI | : | FEBRUARY 9, 2004 |

STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this action, with prejudice and without an award of costs to either party.

PLAINTIFF:  
DAVID OSUCH

DEFENDANT:  
OFFICER PARFUMI

_____  
David Osuch, No. 139268  
Cheshire CI  
900 Highland Avenue  
Cheshire, CT  06510

_____  
Terrence M. O'Neill  
Assistant Attorney General  
110 Sherman Street  
Hartford, CT  06105  
Federal Bar No. 10835  
E-Mail:terrence.oneill@po.state.ct.us  
Tel. (860) 808-5450  
Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent to the following, first-class postage prepaid, to the following on this ____ day of February, 2004:

David Osuch
Cheshire CI
900 Highland Avenue
Cheshire, Connecticut  06510

_____
Terrence M. O'Neill
Assistant Attorney General