01cv1313stip



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 17 P 2: 39
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DAVID OSUCH | : | CIVIL NO. 3:01CV1313 (AVC)(TPS) |
| V. | : | |
| CORRECTIONAL OFFICER PARFUMI | : | FEBRUARY 9, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this action, with prejudice and without an award of costs to either party.

PLAINTIFF:
DAVID OSUCH

David Osuch, No. 139268
Cheshire CI
900 Highland Avenue
Cheshire, CT 06510

DEFENDANT:
OFFICER PARFUMI

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar No. 10835
E-Mail: terrence.oneill@po.state.ct.us
Tel. (860) 808-5450
Fax: (860) 808-5591

FILED 2004 FEB 18 A 8:24 U.S. DISTRICT COURT HARTFORD, CT.

**ORDERED ACCORDINGLY**
**KEVIN F. ROWE**
Clerk, U.S. District Court
By A. Montemy
Deputy Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent to the following, first-class postage prepaid, to the following on this 9th day of February, 2004:

David Osuch
Cheshire CI
900 Highland Avenue
Cheshire, Connecticut 06510

Terrence M. O'Neill
Assistant Attorney General